UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BURNEY EVERETT,

       Petitioner,                                    Civil Case Number 18-13269

v.                                                   Criminal Case Number 16-20388

                                                         Honorable David M. Lawson

UNITED STATES OF AMERICA,

       Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order denying the motion to vacate sentence entered on this date, it is **ORDERED AND ADJUDGED** that the petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
                                                              United States District Judge

Date:   October 23, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 23, 2018.

                                      s/Susan K. Pinkowski
                                      SUSAN K. PINKOWSKI